AO 440 (R        ) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Denard Beemon<br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Prologis, INC.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1: 26-cv-01117-JRO-MG

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Prologis, Inc.
> Resistered Agent
> 135 North Pennsylvania Street
> Suite 1600
> Indianspolis, IN. 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6·18·2026        J. Hunter
_____        _____
                               *Signature of Clerk or Deputy Clerk*

**Return of Service**

*Summons/Order Petition/Motion*

| CORP | SERVICE CODE |
|------|--------------|

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on th
**26** day of **JUNE** , 2026 at **1100** hours;

☐ By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant.

☐ By leaving a copy of the document at: **I35 N PENNSYLVANIA ST**

To which is the alleged dwelling /usual place of (Name): **STE 16ᵘᵒ**

☐ By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older, at:

☐ By leaving a copy of the Summons/Order/Petition/Motion etc. at the defendant's place of employment with Title:

☑ Served on **CORPRATE SERVICE COMPANY** Corporation.

☐ Not Found - REASON:

Signature of Recipient:                    (If Corporate Service) Title:

**Sheriff Kerry J. Forestal, of Marion County, Indiana**   By: *L. Craig 27229*

☐ **Copy Mailed to Address**

FILED

JUL 0 1 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**FILED**
ᵛ/ᵗ

JUL 0 1 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

MCSO 012026